UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0274-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ISRAEL MOSHE SATAMKAR, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to advance the sentencing date (Dkt. No. 23). The motion is GRANTED. Defendant's sentencing shall be ADVANCED from March 12, 2019 to March 5, 2019 at 9:00 a.m. The Clerk is DIRECTED to provide a copy of this order to the parties and to the Probation Department.

DATED this 8th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk