THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>ISRAEL MOSHE SATAMKAR,<br><br>                Defendant. | CASE NO. CR18-0274-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion to seal (Dkt. No. 29) its sentencing memorandum (Dkt. No. 30).

"There is a strong presumption of public access to the court's files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing sufficient to outweigh the public's interest in disclosure. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (applying the "compelling reason" test to motions to seal documents "more than tangentially related to the merits of a case"). The Government seeks to maintain under seal its sentencing memorandum because it contains "sensitive information." (Dkt. No. 29.) However, the information in the Government's sentencing memorandum is already public information. (*See* Dkt. No. 32.) Therefore, the Court finds that there is not a compelling reason to seal the sentencing memorandum that outweighs the public's interest in its disclosure.

1 | For the foregoing reasons, the Government's motion to seal (Dkt. No. 29) is DENIED.
2 | The Clerk is DIRECTED to unseal Docket Number 30.
3 | DATED this 5th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE